**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, Inc., et al.,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>Commissioner of the Indiana State Department of Health, et al.<br><br>*Defendants-Appellants.* | No. 26-1597 |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42, Defendants-Appellants (the State) move for voluntary dismissal of this appeal. On July 6, 2026, this Court remanded this appeal to the district court for further proceedings consistent with an indicative ruling, Doc. 24, and on July 7, 2026, the district court entered an amended judgment in the State's favor and terminated the case, Dkt. 156. That amended judgment renders this appeal moot. The State therefore asks that this Court dismiss the appeal, specifying that each side should bear its own costs and fees. Counsel for the State conferred with counsel for Plaintiffs-Appellees (Planned Parenthood), and counsel for Planned Parenthood stated that it does not oppose the relief sought.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By: /s/ James A. Barta
James A. Barta
Solicitor General

John P. Lowrey
Deputy Solicitor General

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this document contains 116 words, excluding the parts exempted by Fed. R. App. P. 27(d)(2) and Fed. R. App. P. 27(a)(2)(B).

2. This document complies with the typeface requirements of Circuit Rule 32(b) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 12-point font.

Dated: July 7, 2026

/s/ James A. Barta
JAMES A. BARTA
Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ James A. Barta
JAMES A. BARTA
Solicitor General

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-0709
Facsimile: (317) 232-7979
James.Barta@atg.in.gov